Certificate Number: 02910-PR-DE-014193071

Bankruptcy Case Number: 11-00578


02910-PR-DE-014193071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 14, 2011</u>, at <u>9:57</u> o'clock <u>PM EDT</u>, <u>Samarie Ortiz</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Education Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>March 14, 2011</u>     By: <u>/s/Jimmy Arreaga</u>

Name: <u>Jimmy Arreaga</u>

Title: <u>Certified Bankruptcy Counselor</u>