```
                          United States Bankruptcy Court
                               District of Puerto Rico
In re:                                                           Case No. 11-00578-ESL
GABRIEL RODRIGUEZ REYES                                          Chapter 7
SAMARIE ORTIZ NIEVES
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0104-3         User: loriannie            Page 1 of 1         Date Rcvd: May 18, 2011
                             Form ID: nintent7          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2011.
db/jdb       +GABRIEL RODRIGUEZ REYES,    SAMARIE ORTIZ NIEVES,   LA MESETA,   336 LOS GONZALEZ STREET,
               CAGUAS, PR 00725-7585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2011**                    **Signature:**   _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>GABRIEL RODRIGUEZ REYES<br><br>SAMARIE ORTIZ NIEVES<br><br><br>xxx−xx−9503<br>xxx−xx−9722<br>          Debtor(s) | Case No. 11−00578−ESL7 ESL<br>Chapter 7<br><br><br><br>FILED & ENTERED ON<br>*5/18/11* |

### *NOTICE OF INTENT TO CLOSE CHAPTER 7 BANKRUPTCY CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE OF DEBTOR TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE*

   Pursuant to FRBP 1007(b)(7), the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) was due within sixty (60) days after the date first set for the meeting of creditors in a chapter 7 case.  This sixty (60) day deadline expired on 05/02/11 , without the debtor having filed Official Form 23 with the court.

   Please take notice that this bankruptcy case will be closed without entry of the discharge unless the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management is filed within seven (7) days of this notice, no later than Wednesday, May 25, 2011, unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §§109(h); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses. Once closed, the debtor will be required to pay a re−opening fee in order to later file the required certificate and seek the issuance of a discharge order.

   San Juan, Puerto Rico, **The 18th of May, 2011.**

                                        *CELESTINO MATTA−MENDEZ*
                                        Clerk of the Court

                                        By: ***LORI ANNIE RODRIGUEZ***
                                        Deputy Clerk

        c:   debtor
             debtor's attorney
             trustee